**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARC CLAYTON MEROLILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF RIVERSIDE, <u>et al.</u>,<br><br>  Defendants. | NO. ED CV 09-0447 RGK (FMO)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation. Having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing plaintiff's federal civil rights claims with prejudice and his state law claims without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment on all parties.

DATED: April 30, 2009.

  _/s/ Gary Klausner_
  R. GARY KLAUSNER
  UNITED STATES DISTRICT JUDGE