FILED
CLERK, U.S. DISTRICT COURT
APR 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CLAYTON MEROLILLO, | NO. ED CV 09-0447 RGK (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

IT IS ADJUDGED that plaintiff's federal civil rights claims in the above-captioned action are dismissed with prejudice. IT IS FURTHER ADJUDGED that plaintiff's state law claims are dismissed without prejudice.

DATED: APR 30 2009, 2009.

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE